# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:17-CR-143-BLW |
| Plaintiff, | |
| v. | ORDER |
| EDWARD DEE ELLIS, | |
| Defendant. | |

Finding good cause,

NOW THEREFORE IT IS HEREBY ORDERED, that the motion (docket no. 38) is GRANTED.

IT IS FURTHER ORDERED, that the Judgment (docket no. 33) be AMENDED and that the following phrase be added to the section on the Court's recommendations to the Bureau of Prisons: "It is recommended that the defendant be placed in a community correctional facility (halfway house or home detention) for 12 months preceding his release from confinement."

DATED: July 23, 2018

B. Lynn Winmill
Chief U.S. District Court Judge